UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Juan Jose Perez, et al.
                                      Plaintiff,

v.                                                                            Case No.: 1:16–cv–11161
                                                                           Honorable John Robert Blakey

Moctezuma Mufflers, Inc., et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 3, 2018:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the filing of the joint stipulation of dismissal [61], this case is dismissed without prejudice. Absent reinstatement on or before 5/31/2018, the dismissal will become one with prejudice, without further order of the Court. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.